IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITT,
MICHAEL E. MCLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Stay Scheduling Conference and Planning Meeting** [docket no. 12, filed September 19, 2006] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Scheduling Conference set for **October 17, 2006, at 10:30 a.m.,** and all related dates will remain in place.

DATED:  September 22, 2006