IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITT,
MICHAEL E. MCLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendant Douglas R. Sitter's Motion to Compel Discovery Against Plaintiff C. William Rasure, Jr.** [Doc. # 40, filed 122/15/2006] (the "Motion to Compel").  I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED in part as follows:

GRANTED to require complete responses to Interrogatories No. 2, 3, and 7;

DENIED with respect to Interrogatory No. 8;

GRANTED to require production of all documents responsive to Request for Production No. 2;

GRANTED with Request for Production No. 3 only insofar as to require Mr. Rasure to provide his consent to the release of deposition transcripts from the reporter for the two depositions of Mr. Rasure taken in the disciplinary proceeding captioned *People v. Rasure*, 05-PDJ-081;

DENIED with respect to Request for Production No. 4; and

GRANTED to require production of all documents responsive to Request for Production No. 6.  With respect to these documents, should the parties request it I will enter a blanket protective order consistent with *Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382 (D. Colo. 2000), limiting the disclosure of the documents to attorneys for the parties and specially retained experts only.

IT IS FURTHER ORDERED that the plaintiff shall provide supplemental discovery responses consistent with this order on or before **January 17, 2007.**

IT IS FURTHER ORDERED that defendant Sitter's request for the award of reasonable costs including attorneys' fees in connection with Motion to Compel is DENIED.

Dated January 5, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge