IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants.

## ORDER

    The matter before the Court is Defendant Douglas R. Sitter's Stipulated Motion For Leave To Amend Counterclaim (Doc. No. 62) and Defendant Michael E. McLachlan's Stipulated Motion For Leave To Amend Counterclaim (Doc. No. 63). Plaintiff does not object to either motion.  Accordingly, it is

    ORDERED that Defendant Douglas R. Sitter's Stipulated Motion For Leave To Amend Counterclaim (Doc. No. 62) is granted.  It is

    FURTHER ORDERED that Defendant Douglas R. Sitter's Answer And Amended Counterclaim (Doc. No. 62-2) is accepted for filing.  It is

FURTHER ORDERED that Defendant Michael E. McLachlan's Stipulated Motion For Leave To Amend Counterclaim (Doc. No. 63) is granted.  It is

FURTHER ORDERED that Defendant Michael E. McLachlan's Answer And Amended Counterclaim (Doc. No. 63-2) is accepted for filing.

DATED at Denver, Colorado, this ___31___ day of January, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court