IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants.

## ORDER

The matter before the Court is Defendant Douglas R. Sitter's Motion For Leave To Amend Answer To Add Affirmative Defense.  Leave to amend pleadings shall be freely granted when justice so requires,[1] and it appears that Defendant Sitter has shown good cause to amend his Answer after the Scheduling Order deadline pursuant to Fed. R. Civ. P. 16(b).  However, as Plaintiff apparently opposes the motion, the Court will allow Plaintiff to file a brief response.  Accordingly, it is

---

[1] Fed. R. Civ. P. 15(a).

ORDERED that Plaintiff shall file a response to Defendant Douglas R. Sitter's Motion For Leave To Amend Answer To Add Affirmative Defense (Doc. No. 70), not to exceed four pages, on or before February 21, 2007.

DATED at Denver, Colorado, this  7  day of February, 2007

BY THE COURT

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court