IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

**ORDER**

---

    The matter before the Court is Defendant Bank Of The San Juans' (Bank) Answer, Counterclaim And Third-Party Complaint.[1]  The Bank attempts to add a third-

---

[1] Answer, Counterclaim And Third-Party Complaint (Doc. No. 30; Nov. 29, 2006).

party claim against Plaintiff C. William Rasure, Jr. (Rasure) and added party Law Offices of C. William Rasure, Jr., P.C. (P.C.).[2]  The Court determines that this claim appears to be a compulsory counterclaim rather than a third-party complaint.[3]  If so, the P.C. is an indispensable party to the added claim,[4] and the subject matter of the claim is appropriate to allow this Court to exercise supplemental jurisdiction.[5]  Therefore, it is

ORDERED that the Bank's third-party complaint is stricken.  It is

FURTHER ORDERED that the claim will instead be treated as a counterclaim under Fed. R. Civ. P. 13(a).

DATED at Denver, Colorado, this   7   day of February, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

---

[2] Id. at 20-21(claim entitled "Default on Promissory Note").

[3] See Fed. R. Civ. P. 13(a), 14.

[4] See Fed. R. Civ. P. 19(a).

[5] See 28 U.S.C. § 1367(a); see also Viacom Int'l, Inc. v. Kearney, 212 F.3d 721 (2d Cir. 2000) (federal courts have supplemental jurisdiction of compulsory counterclaim even absent diversity of citizenship).