IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

**ORDER**

---

    The matter before the Court is Defendant Douglas R. Sitter's Motion For Leave

To Amend Answer To Add Affirmative Defense.  Leave to amend pleadings shall be

freely granted when justice so requires,[1] and the Court determines that Defendant Sitter has shown good cause to amend his Answer to add a statute of limitations affirmative defense after the Scheduling Order deadline pursuant to Fed. R. Civ. P. 16(b).  Plaintiff may make his request for a supplemental deposition of Defendant Sitter in a separate motion pursuant to D.C.COLO.L.CivR 7.1C, setting forth specific reasons why such a deposition is necessary.  Accordingly, it is

ORDERED that Defendant Douglas R. Sitter's Motion For Leave To Amend Answer To Add Affirmative Defense (Doc. No. 70) is granted.  It is

FURTHER ORDERED that Defendant Sitter shall file his Amended Answer, attached to his motion as Exhibit D, on or before March 7, 2007.

DATED at Denver, Colorado, this  2  day of March, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] Fed. R. Civ. P. 15(a).