IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

_____

ORDER
_____

This matter was before the Court on March 21, 2007, for oral argument on (1) Defendant Douglas R. Sitter's Motion For Partial Summary Judgment On Count II (Breach Of Contract), (2) Defendant Douglas R. Sitter's Motion For Summary Judgment On Count V (Invasion Of Privacy), (3) Defendant Douglas R. Sitter's Motion For

Summary Judgment On Count VI (Slander), and (4) Defendant Douglas R. Sitter's Motion For Partial Summary Judgment On Count VIII (Intentional Interference With Existing And Prospective Contract).  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Defendant Douglas R. Sitter's Motion For Partial Summary Judgment On Count II (Breach Of Contract) (Doc. No. 74) is denied.  It is

FURTHER ORDERED that Defendant Douglas R. Sitter's Motion For Summary Judgment On Count V (Invasion Of Privacy) (Doc. No. 38) is granted, and the Fifth Claim for Relief is dismissed as against Defendant Sitter only.  It is

FURTHER ORDERED that Defendant Douglas R. Sitter's Motion For Summary Judgment On Count VI (Slander) (Doc. No. 36) is granted, and the Sixth Claim for Relief is dismissed as against Defendant Sitter only.  It is

FURTHER ORDERED that Defendant Douglas R. Sitter's Motion For Partial Summary Judgment On Count VIII (Intentional Interference With Existing And

Prospective Contract) (Doc. No. 75) is granted, and the Eighth Claim for relief is dismissed as against Defendant Sitter only.

DATED at Denver, Colorado, this   22   day of March, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court