IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

     Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

     Defendants,

and

BANK OF THE SAN JUANS,

     Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

     Counterclaim-Defendants.

## ORDER

The matter before the Court is Plaintiff's Motion To Alter Or Amend Judgment Pursuant To Fed. R. Civ. P. 59(e).  The Court treats Plaintiff's motion as a motion for reconsideration, since no final judgment has been entered in this case to which

Fed. R. Civ. P. 59 could be applied.[1]  The Court has reviewed the motion and exhibits attached thereto.  It is

     ORDERED that  Plaintiff's Motion To Alter Or Amend Judgment Pursuant To Fed. R. Civ. P. 59(e) (Doc. No. 103), treated as a motion for reconsideration, is denied.  It is

     FURTHER ORDERED that in the future Plaintiff shall comply with D.C.COLO.LCivR 7.1A.

     DATED at Denver, Colorado, this 11   day of April, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See Wagoner v. Wagoner, 938 F.2d 1120, 1122 n.1 (10th Cir. 1991).