IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

## ORDER

---

The matter before the Court is Defendant Michael McLachlan's Motion For Costs.  The time for taxing costs begins to run only from the entry of a final judgment as to all parties and all issues.[1]  No final judgment has been entered in this case.  Accordingly,

---

[1] Woodmen Acc. & Life Ins. Co. v. Bryant, 784 F.2d 1052, 1057 (10th Cir. 1986).

It is ORDERED that Defendant Michael McLachlan's Motion For Costs (Doc. No. 182) is denied without prejudice.  Defendant McLachlan may file a motion for costs, if necessary, after a final judgment is entered in this case.  It is

FURTHER ORDERED that the caption will not be amended until final judgment enters.

DATED at Denver, Colorado, this __14__ day of August, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court