IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN, and
BANK OF THE SAN JUANS,

Defendants.

_____

**ORDER**
_____

The court has received notice that Charles William Rasure has been suspended by the Colorado Supreme Court from the practice of law effective September 24, 2007. Consequently, pursuant to D.C.COLO.LCiv R 83.3E, after the effective date of his suspension, Mr. Rasure is prohibited from the practice of law in this court until he is reinstated.

Mr. Rasure individually and his law practice, Law Offices of C. William Rasure, Jr., P.C., are parties in this action. Mr. Rasure may proceed *pro se* to represent himself; he may not, however, represent the professional corporation. See Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962)("The rule is well established that a corporation can appear in a court of record only by an attorney at law"). A corporation cannot appear without counsel admitted to practice before this court. D.C.COLO.LCivR 83.3D.

I note that a supplemental final pretrial conference is set for October 26, 2007, at 9:00 a.m., approximately one month after the effective date of Mr. Rasure's suspension. A

supplemental final pretrial order must be submitted on or before October 22, 2007.

IT IS ORDERED that on or before **October 5, 2007**, the Law Offices of C. William Rasure, Jr., P.C., shall cause substitute counsel to enter an appearance on its behalf. Absent the appearance of substitute counsel on or before October 5, 2007, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the Law Offices of C. William Rasure, Jr., P.C.

Dated September 13, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge