IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

**ORDER**

The matter before the Court is Defendant And Counter-Plaintiffs' Joint Motion To Hold Trial In Durango, Colorado.  The Court has read the moving and responding papers and considered carefully the parties' arguments and the relevant legal authority. The moving parties argue that the trial should be held in Durango because the majority

of the witnesses and all of the Defendants and Counterclaimants are located there. However, Plaintiff argues that it is more convenient and far less expensive for him to travel to Denver from his home in Phoenix than it would be for him to travel to Durango, that some of the events at issue occurred in Denver, and that a jury seated in Denver would be more impartial than one seated in Durango.  In light of Plaintiff's apparently strenuous opposition to trying the case in Durango, and giving, as the Court must, substantial deference to the Plaintiff's choice of forum,[1] it is

ORDERED that Defendant And Counter-Plaintiffs' Joint Motion To Hold Trial In Durango, Colorado (Doc. No. 191) is denied.

DATED at Denver, Colorado, this __17__ day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Cour

---

[1] See Texas Gulf Sulphur Co. v. Ritter, 371 F.2d 145, 147 (10th Cir. 1967).