IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

        Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

        Defendants,

and

BANK OF THE SAN JUANS,

        Counterclaimant,
v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

        Counterclaim-Defendants.

---

**ORDER**

---

        As set forth in the September 13, 2007, Order issued by Magistrate Judge Boyd

N. Boland, the Court has been informed that C. William Rasure, Jr. has been

suspended from the practice of law effective September 24, 2007.  Mr. Rasure has

been representing the Law Offices of C. William Rasure, Jr., P.C. in this matter in

addition to representing himself pro se.  However, a corporation is required by law to be represented by counsel.[1]  Accordingly, Magistrate Judge Boland ordered that on or before October 5, 2007, the Law Offices of C. William Rasure, Jr., P.C. must obtain new counsel, and that absent an appearance of new counsel, pleadings, motions, and other papers may be stricken, and default judgment may be entered against the Law Offices of C. William C. Rasure, Jr., P.C.   As of the date of this Order, no entry of appearance of counsel for Law Offices of C. William Rasure, Jr., P.C. has been filed with the Court.  The Court finds that the failure of the Law Offices of C. William Rasure, Jr., P.C. to retain counsel despite the Court's warning justifies entry of default under Fed. R. Civ. P. 55(a), because it constitutes a failure to "otherwise defend" in this action.  Accordingly, it is

ORDERED that the Clerk of the Court hereby is directed to enter default against the Law Offices of C. William Rasure, Jr., P.C. pursuant to Fed. R. Civ. P. 55(a).  It is

FURTHER ORDERED that Counterclaimant Bank of the San Juans shall file a motion for default judgment against the Law Offices of C. William Rasure, Jr., P.C. on or before November 16, 2007.

DATED at Denver, Colorado, this    17    day of October, 2007.

BY THE COURT:

ZITA L. WEINSHIENK,  Senior Judge
United States District Court

_____

[1]See Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962); see also D.C.COLO.LCivR 83.3D.