IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN, and
BANK OF THE SAN JUANS,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a supplemental final pretrial conference. In view of the order of the district judge bifurcating the trial of this case [Doc. # 203, filed 10/17/2007], the revised proposed final pretrial order was refused. Consistent with matters discussed this morning:

IT IS ORDERED that a second supplemental final pretrial conference is set for **November 2, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties may appear at the second supplemental final pretrial conference by telephone by calling my chambers at 303-844-6408 at the designated date and time. The plaintiff shall initiate the conference call, join all counsel, and then contact the court. In anticipation of the second supplemental final pretrial conference, the parties shall submit on or before **October 31, 2007**, two proposed final pretrial orders as discussed this morning, one concerning the dispute between Messrs. Rasure, Sitter, and McLachlan, and the second concerning the dispute between Mr. Rasure and Bank of the San

Juans.

Dated October 26, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge