IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

## ORDER

    The matter before the Court is Plaintiff's Motion To Alter Or Amend Judgment Pursuant To Fed. R. Civ. P. 59(e). The Court treats Plaintiff's motion as a motion for reconsideration because no judgment has been entered in this case. The Court has reviewed carefully the moving and responding papers, the relevant law, the moving and

responding papers with respect to the relevant underlying motions, and the Court's Orders of July 31, 2007, and October 17, 2007.  It is

ORDERED that  Plaintiff's Motion To Alter Or Amend Judgment Pursuant To Fed. R. Civ. P. 59(e) (Doc. No. 219), treated as a motion for reconsideration, is denied. It is

FURTHER ORDERED that Defendant Sitter's request for sanctions is denied.

DATED at Denver, Colorado, this ___11___ day of December, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court