IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

## ORDER

---

The matter before the Court is Counterclaimant Bank Of the San Juans' [Bank] Motion To Hold The Trial In Durango, Colorado. Pursuant to D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Judge Boyd N. Boland, who issued a Recommendation on November 20, 2007, recommending that the motion be granted and that the trial of the Bank's counterclaim occur at the United States Courthouse in Durango, Colorado. No party has filed an objection to the Recommendation.

The Court has considered carefully the analysis and Recommendation of the Magistrate Judge, and hereby adopts and approves the Recommendation. Accordingly, it is

ORDERED that Counterclaimant Bank Of the San Juans' Motion To Hold The Trial In Durango, Colorado (Doc. No. 213) is granted. It is

FURTHER ORDERED that the trial of the Bank's counterclaim shall be conducted at the United States Courthouse in Durango, Colorado.

DATED at Denver, Colorado, this   11   day of December, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court