IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

## ORDER

    The matter before the Court is Counterclaimant Bank Of the San Juans' Motion For Default Judgment (Doc. No. 225).

    It is ORDERED that on or before January 18, 2008, Counterclaimant Bank Of the San Juans shall file evidence in support of its motion, including an affidavit of

indebtedness, the relevant promissory note, and time records or affidavits to support the attorneys fees request.

DATED at Denver, Colorado, this ___9___ day of January, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court