IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN, and
BANK OF THE SAN JUANS,

Defendants,

and

BANK OF THE SAN JUANS,

Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

Counterclaim Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
AND ORDER**
_____

This matter arises in connection with the **Notice--Status Report** [Doc. # 231, filed 2/5/2008] (the "Status Report"). The Status Report states that despite my instructions, the parties have not contacted the chambers of the district judge to obtain trial dates.[1]

---

[1] The case was bifurcated by an Order [Doc. # 203] entered October 17, 2007.

IT IS ORDERED that a status conference is set for **February 20, 2008, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to set both aspects of the bifurcated case for trial. Counsel and *pro se* parties must appear at the status conference **in person** unless prior permission of the court is obtained to appear by telephone.

Dated February 6, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge