IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

## ORDER

The matter before the Court is Counterclaimant Bank Of The San Juans' Motion For Default Judgment. Magistrate Judge Boyd N. Boland stated in an Order dated September 13, 2007, that the Court had been informed that C. William Rasure, Jr. (Mr. Rasure) had been suspended from the practice of law effective September 24, 2007.

Mr. Rasure had been representing the Law Offices of C. William Rasure, Jr., P.C. in this matter in addition to representing himself pro se. However, a corporation is required by law to be represented by counsel.[1] Accordingly, Magistrate Judge Boland ordered that on or before October 5, 2007, the Law Offices of C. William Rasure, Jr., P.C. must obtain new counsel, and that absent an appearance of new counsel, pleadings, motions, and other papers may be stricken, and default judgment may be entered against the Law Offices of C. William C. Rasure, Jr., P.C. No entry of appearance or statement by Mr. Rasure was filed in response to the September 13, 2007, Order.

On September 25, 2007, the Colorado Supreme Court stayed Mr. Rasure's suspension for one year and one day effective September 24, 2007. Although the Clerk of Court received a copy of the stay order from the Colorado Supreme Court on September 26, 2007, the undersigned Judge was not immediately made aware of the stay order, and the Court directed the Clerk of Court to enter default against the Law Offices of C. William Rasure, Jr., P.C. pursuant to Fed. R. Civ. P. 55(a). The Clerk of Court did so on October 18, 2007. The Court also ordered Counterclaimant Bank of the San Juans (Bank) to file a motion for default judgment against the Law Offices of C. William Rasure, Jr., P.C.

---

[1] See Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962); see also D.C.COLO.LCivR 83.3D.

On October 24, 2007, Mr. Rasure was removed from the Roll of Attorneys of this Court. Thus, as of that date, Mr. Rasure has been unable to practice law in this Court.

On November 29, 2007, the Court issued a Minute Order noting that the Bank had not yet filed a motion for default judgment pursuant to the October 17, 2007, Order, informing all parties that Mr. Rasure had been removed from the Roll of Attorneys of this Court, and directing the Bank to file a motion for default judgment on or before December 14, 2007.

On December 4, 2007, the Colorado Supreme Court ordered that Mr. Rasure be suspended from the practice of law in the State of Colorado, effective immediately.

The Bank filed the present motion for default judgment on December 4, 2007, and filed supplemental evidence in support of that motion on January 14, 2008.

On February 8, 2008, the Court directed the Clerk of Court to enter a new default against the Law Offices of C. William Rasure, Jr., P.C., since the first entry of default had been erroneously entered during a period in which Mr. Rasure's suspension was stayed. The new Entry Of Default was filed February 8, 2008.

No attorney appearance has been made to date on behalf of the Law Offices of C. William Rasure, Jr., P.C., and Mr. Rasure has filed no statement addressing the issue of default.

Although Mr. Rasure's initial suspension was stayed for a short period, Mr. Rasure nonetheless was removed from the Roll of Attorneys of this Court over three months ago, was thereafter suspended by the Colorado Supreme Court over two

months ago, and has been advised repeatedly that the Law Offices of C. William Rasure, Jr., P.C. may be subject to an adverse default judgment if new counsel were not obtained. The Court finds that by failing to retain counsel despite the Court's warnings, the Law Offices of C. William Rasure, Jr., P.C. have failed to "otherwise defend" in this action pursuant to Fed. R. Civ. P. 55. After reviewing the evidence submitted by the Bank, the Court finds in favor of the Bank and against the Law Offices of C. William Rasure, Jr., P.C. in the principal amount of $14,531.31, plus accrued interest and late charges in the amount of $3,902.00 as of January 14, 2008, plus reasonable attorneys' fees in the amount of $10,635.00, for a total of $29,068.31. Interest on the principal amount shall accrue at $7.19 per day past January 14, 2008, based upon the 18% interest provision in the parties' Promissory Note. The Court notes that the parties' Promissory Note provides that the Law Offices of C. William Rasure, Jr., P.C. and Mr. Rasure are jointly and severally liable on the Promissory Note. Accordingly, it is

ORDERED that Counterclaimant Bank Of The San Juans' Motion For Default Judgment (Doc No. 225) is granted. A Default Judgment will be issued as a separate document pursuant to Fed. R. Civ. P. 58(a).

DATED at Denver, Colorado, this __13__ day of February, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court