IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN, and
BANK OF THE SAN JUANS,

Defendants,

and

BANK OF THE SAN JUANS,

Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

Counterclaim Defendants.

_____

**ORDER**
_____

Consistent with matters discussed at a status conference today:

IT IS ORDERED that trial of the claims between Messrs. Rasure, Sitter, and McLachlan are set for a three day jury trial before the Honorable Zita L. Weinshienk at the Alfred A. Arraj United States Courthouse in Denver, Colorado, beginning **June 9, 2008, at 10:30 a.m.**

IT IS FURTHER ORDERED that trial of the claim by Bank of the San Juans against Mr.

Rasure is set for a one day trial to the court before the Honorable Zita L. Weinshienk at the United States Courthouse in Durango, Colorado, on **June 18, 2008, at 9:30 a.m.**

IT IS FURTHER ORDERED that **Defendant Douglas R. Sitter's Second Motion to Strike Plaintiff's Expert Designation and Request for Attorney's Fees** [Doc. # 162, filed 7/9/2007] is GRANTED IN PART and DENIED IN PART for the reasons stated on the record this afternoon as follows:

    GRANTED to preclude Mr. Rasure from calling Anthony van Westrum or Charles Mortimer as witnesses, either lay or expert, during his case-in-chief based on his failure to list them as witnesses in the Final Pretrial Order [Doc. # 209, filed 11/2/2007];

    GRANTED to preclude Mr. Rasure from eliciting any expert testimony from either Mr. van Westrum or Mr. Mortimer based on Mr. Rasure's failure to comply with my Order [Doc. # 112, filed 4/26/2007] requiring that Mr. Rasure provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2) with respect to any expert testimony by either witness;

    DENIED to the extent that Mr. Rasure may seek to call either Mr. van Westrum or Mr. Mortimer as rebuttal fact witnesses, that matter being reserved to the district judge at trial; and

    DENIED in all other respects.

Dated February 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge