IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. MCLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

Defendants.

v.

LAW OFFICE OF C. WILLIAM RASURE, JR., P.C.,

Third-Party Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion for Leave to Appear Telephonically** [docket no. 245, filed February 19, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.


DATED:  February 21, 2008