IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

_____

ORDER
_____

    As set forth in the Order dated February 20, 2008, the claims between Messrs. Rasure, Sitter, and McLachlan are set for a three-day trial to jury commencing at **10:30 a.m. on Monday, June 9, 2008**, in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, and the counterclaim by the Bank of the San Juans against Mr. Rasure is set for a one-day trial to Court commencing at **9:30 a.m. on Wednesday, June 18, 2008**, in Courtroom 235, at the United States Courthouse in Durango, Colorado, 103 Sheppard Drive, Durango, Colorado 81303. It is

    ORDERED that counsel shall review the pre-trial order and shall file a short status report with the Court by April 25, 2008, advising the Court of the following:

1. Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.

2. Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

3. Matters which counsel believe can be resolved in advance of trial, including motions in limine.

4. Unusual legal questions which counsel anticipate will arise at trial.

5. Changes which should be made in the estimated length of trial as shown by the pre-trial order.

6. Possibilities of settlement.

It is FURTHER ORDERED that **a Trial Preparation Conference before Judge Zita L. Weinshienk is hereby set on Tuesday, May 6, 2008, at 2:00 p.m.** in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, **at which time any pending motions, including motions in limine, may be heard**. It is

FURTHER ORDERED that all motions in limine shall be filed on or before April 14, 2008, responses to be filed on or before April 21, 2008. It is

FURTHER ORDERED that the parties must comply with D.C.COLO.LCivR 7.1A. before filing any motion in limine. It is

FURTHER ORDERED that counsel shall read and comply with the procedures as outlined in the Civil Trial Procedures, Trial Check List, and Jury Instructions located at the Court's website: **www.co.uscourts.gov**. Counsel shall be prepared to discuss these procedures if necessary and may ask any questions of the Court and Court staff at the scheduled Trial Preparation Conference for any needed clarification.

Dated at Denver, Colorado, this  27  day of February, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court