IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

## ORDER

---

Counsel for Defendant Michael E. McLachlan and counsel for Counterclaimant Bank of the San Juans have informed the Court that they have been unsuccessful in

their attempts to contact Plaintiff C. William Rasure, Jr. to discuss the filing of the required Trial Preparation Conference Status Report.[1]  Accordingly, it is

ORDERED that Plaintiff shall contact counsel for Defendants and Counter-claimant by April 30, 2008, to discuss the preparation of a Trial Preparation Conference Status Report as set forth in the Court's Order of February 27, 2008, and shall file a statement confirming said communication with the Court forthwith.  It is

FURTHER ORDERED that if Plaintiff fails to communicate with opposing counsel by April 30, 2008, his claim will be subject to dismissal and default may be entered against him on the pending counterclaims.

DATED at Denver, Colorado, this ___28th___ day of April, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court[1]

---

[1] See Doc. Nos. 259, 260.