IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN, and
BANK OF THE SAN JUANS,

Defendants,

and

BANK OF THE SAN JUANS,

Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

Counterclaim Defendants.

---

## ORDER
---

I am informed that all aspects of this bifurcated case have been resolved. Accordingly,

IT IS ORDERED that on or before **May 26, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 12, 2008.

BY THE COURT:

　s/ Boyd N. Boland
United States Magistrate Judge