IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

## ORDER

---

In consideration of Magistrate Judge Boyd N. Boland's minute entry regarding the Settlement Conference on May 12, 2008 (Doc. # 272), which indicates that a settlement has been reached in this case, it is

ORDERED that the continuation of the Final Trial Preparation Conference, set for May 14, 2008, the three-day jury trial in Denver, Colorado, set to commence June 9,

2008, and the one-day Court trial in Durango, Colorado, set for June 18, 2008, are **vacated**. It is

FURTHER ORDERED that if a stipulation or motion to dismiss has not been received by the Court by **May 26, 2008**, as ordered by Magistrate Judge Boland (Doc. # 273), the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  12th  day of May, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court