IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01522-ZLW-BNB

C. WILLIAM RASURE, JR.,

    Plaintiff,

v.

DOUGLAS R. SITTER,
MICHAEL E. McLACHLAN,
ARTHUR C. CHASE, JR., and
BANK OF THE SAN JUANS,

    Defendants,

and

BANK OF THE SAN JUANS,

    Counterclaimant,

v.

C. WILLIAM RASURE, JR., and
LAW OFFICES OF C. WILLIAM RASURE, JR., P.C.,

    Counterclaim-Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1)(A)(ii) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 276) signed by the attorneys for all the parties hereto, it is

ORDERED that this action and all claims therein are dismissed with prejudice, each party to pay its own attorney fees and costs.

DATED at Denver, Colorado, this  29th  day of    May   , 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court